| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois, Eastern Division | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lunn 26th LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **35-2208777** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**4804 South Woodlawn**<br>**Chicago, IL 60615** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: **Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor (if different from street address above): **26th And Kostner, Chicago, IL**

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [ ] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [x] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [ ] Individual(s)
- [x] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check on box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [ ] Consumer/Non-Business
- [x] Business

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors:
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets:
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

Estimated Debts:
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

VOLUNTARY PETITION

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Lunn 26th LLC** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**Robert J. Lunn** | Case Number:<br>**05-04533** | Date Filed:<br>**February 10, 2005** |
| District:<br>**Northern District Of Illinois, Eastern Division** | Relationship:<br>**Managing Member** | Judge:<br>**Susan Pierson Sonderby** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

X *[signature]*
Signature of Attorney for Debtor(s)
**David M. Neff 06190202**
Printed Name of Attorney for Debtor(s)
**DLA Piper Rudnick Gray Cary US LLP**
Firm Name
**203 N. LaSalle Street**
Address
**Chicago, IL 60601-1293**

**(312) 368-4000**
Telephone Number
**March 30, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]*
Signature of Authorized Individual
**Robert J. Lunn**
Printed Name of Authorized Individual
**Managing Member**
Title of Authorized Individual
**March 30, 2005**
Date

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)        Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☑ Yes, and Exhibit C is attached and made a part of this petition.
☐ No

### Signature of Non-Attorney Petition Preparer
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

**VOLUNTARY PETITION**

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

United States Bankruptcy Court
Northern District of Illinois, Eastern Division

| | |
|---|---|
| IN RE: | Case No. _____ |
| Lunn 26th LLC_____ | Chapter **11**_____ |
| Debtor(s) | |

## EXHIBIT "C" TO VOLUNTARY PETITION

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):
**2 Lots located at 26th and Kostner**

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):
**Pending asbestos environmental cleanup proceeding brought by the City of Chicago.
Case No. 03 CH 15247**

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

EXHIBIT "C" TO VOLUNTARY PETITION

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

IN RE:                                                                                        Case No. _____

Lunn 26th LLC                                                                           Chapter **11**
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Rule 1007(d) for filing in this Chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency placed the creditor among the holders of the 20 largest unsecured claims.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Robert G. McLennan<br>C/O Beacon Managment Co.<br>1670 Wolf Road<br>Wheeling, IL 60610-2092 | | Loan | | 500,000.00 |
| Thomas H. Stone<br>1780 Green Bay Road, Ste 202<br>Highland Park, IL 60035-3220 | | Loan | | 500,000.00 |
| C. Barry Montgomery<br>Williams Montgomery & John Ltd<br>20 N. Wacker Drive, Suite 2100<br>Chicago, IL 60606 | (312) 443-3242 | Loan | | 100,000.00 |
| Champion Environmental Services, Inc.<br>38 West End Drive<br>Gilberts, IL 60136 | (847) 844-1695 | Trade debt | | 92,687.87 |
| Mid-America Asset Management, Inc.<br>Two Mid-America Plaza, Third Floor<br>Oakbrook Terrace, IL 60181 | (630) 954-7300 | Trade debt | | 90,614.58 |
| ATC Associates, Inc.<br>419 Eisenhower Ln S<br>Lombard, IL 60148-5706 | (630) 916-7272 | Trade debt | | 31,817.34 |
| OKW Architects<br>600 W. Jackson Blvd., Suite 300<br>Chicago, IL 60661 | (312) 798-1700 | Trade debt | | 18,957.48 |
| Harry R. Walton<br>2510 Brooks Drive<br>Decatur, IL 62521 | (217) 428-6782 | Trade debt | | 7,915.77 |
| Applied Real Estate Analysis, Inc.<br>914 South Wabash<br>Chicago, IL 60605 | (312) 461-9332 | Trade debt | | 6,700.00 |
| KARD<br>Chicago Division Office<br>1010 Lake Street, Suite 432<br>Oak Park, IL 60301 | (708) 445-0200 | Trade debt | | 5,110.00 |
| Louik/Schneider & Associates, Inc.<br>54 West Hubbard Street, Suite 403<br>Chicago, IL 60610 | (312) 828-9222 | Trade debt | | 4,735.53 |
| L.A. Daniels, Inc.<br>135 E. St. Charles Road, Suite C<br>Carol Stream, IL 60188 | (630) 871-3350 | Trade debt | | 1,201.20 |
| C. Michelle Panovich<br>Two Mid-America Plaza, Third Floor<br>Oakbrook Terrace, IL 60181 | (630) 954-7300 | Trade debt | | 1,051.08 |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| | | | |
|---|---|---|---|
| Spaceco, Inc.<br>9575 West Higgins Road, Suite 700<br>Rosemont, IL  60018 | (847) 696-4060 | Trade debt | 915.50 |
| Schenk, Annes, Brook & Tepper, Ltd.<br>311 South Wacker Drive, Suite 5125<br>Chicago, IL  60606-6622 | (312) 554-3110 | Trade debt | 633.00 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **March 30, 2005**   Signature: /s/ Robert J. Lunn

**Robert J. Lunn, Managing Member**
(Print Name and Title)

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

IN RE:                                                           Case No. _____

Lunn 26th LLC                                                    Chapter 11
_____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Robert J. Lunn<br>4804 S. Woodlawn<br>Chicago, IL 60615 | 100 | |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

LIST OF EQUITY SECURITY HOLDERS

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

IN RE:                                                                                           Case No. _____

Lunn 26th LLC                                                                           Chapter **11**
_____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors ____**22**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **March 30, 2005**                         _/s/ [signature]_____
                                                               Debtor

                                                               _____
                                                               Joint Debtor

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

VERIFICATION OF CREDITOR MATRIX

LUNN 26TH LLC
4804 SOUTH WOODLAWN
CHICAGO, IL 60615

L.A. DANIELS, INC.
135 E. ST. CHARLES ROAD, SUITE C
CAROL STREAM, IL 60188

SCOTTIE PIPPEN
C/O STEVEN R. JAKUBOWSKI, SUITE 4800
ROBERT F. COLEMAN & ASSOC. 77 W. WACKER
CHICAGO, IL 60601

DLA PIPER RUDNICK GRAY CARY US LLP
203 N. LASALLE STREET
CHICAGO, IL 60601-1293

LOUIK/SCHNEIDER & ASSOCIATES, INC.
54 WEST HUBBARD STREET, SUITE 403
CHICAGO, IL 60610

SPACECO, INC.
9575 WEST HIGGINS ROAD, SUITE 700
ROSEMONT, IL 60018

APPLIED REAL ESTATE ANALYSIS, INC.
914 SOUTH WABASH
CHICAGO, IL 60605

LUNN CASH MANAGEMENT LLC
C/O STEVEN R. JAKUBOWSKI, SUITE 4800
ROBERT F. COLEMAN & ASSOC., 77 W. WACKER
CHICAGO, IL 60601

THOMAS H. STONE
1780 GREEN BAY ROAD, STE 202
HIGHLAND PARK, IL 60035-3220

ATC ASSOCIATES, INC.
419 EISENHOWER LN S
LOMBARD, IL 60148-5706

MID-AMERICA ASSET MANAGEMENT, INC.
TWO MID-AMERICA PLAZA, THIRD FLOOR
OAKBROOK TERRACE, IL 60181

UNIVERSAL IRON WORKS
2315 SOUTH KEDVALE AVENUE
CHICAGO, IL 60623

C. BARRY MONTGOMERY
WILLIAMS MONTGOMERY & JOHN LTD
20 N. WACKER DRIVE, SUITE 2100
CHICAGO, IL 60606

OKW ARCHITECTS
600 W. JACKSON BLVD., SUITE 300
CHICAGO, IL 60661

C. MICHELLE PANOVICH
TWO MID-AMERICA PLAZA, THIRD FLOOR
OAKBROOK TERRACE, IL 60181

PARKWAY BANK TRUST COMPANY C/O D. GORDON
BARACK FERRAZZANO KIRSCHBAUM
333 WEST WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606

CHAMPION ENVIRONMENTAL SERVICES, INC.
38 WEST END DRIVE
GILBERTS, IL 60136

ROBERT G. MCLENNAN
C/O BEACON MANAGMENT CO.
1670 WOLF ROAD
WHEELING, IL 60610-2092

CITY OF CHICAGO
CORPORATION COUNSEL, KAREN M. COPPA
30 N. LASALLE ST., RM. 900
CHICAGO, IL 60602

ROBERT J. LUNN
4804 S. WOODLAWN
CHICAGO, IL 60615

HARRY R. WALTON
2510 BROOKS DRIVE
DECATUR, IL 62521

ROBERT J. LUNN & LUNN PARTNERS CASH
MANAGEMENT LLC
4804 SOUTH WOODLAWN
CHICAGO, IL 60615

KARD
CHICAGO DIVISION OFFICE
1010 LAKE STREET, SUITE 432
OAK PARK, IL 60301

SCHENK, ANNES, BROOK & TEPPER, LTD.
311 SOUTH WACKER DRIVE, SUITE 5125
CHICAGO, IL 60606-6622